IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERRY MOONEYHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:20-cv-01089 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| D.D.C. NASHVILLE, TN, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

# ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 70), recommending that Defendants' Motion for Summary Judgment (Doc. No. 50) be granted. No objections to the Report and Recommendation have been filed, and the time for filing objections has now expired.

The failure to object to a report and recommendation releases the Court from its duty to independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at *2 (M.D. Tenn. Feb. 12, 2019); *Hart v. Bee Property Mgmt.*, No. 18-cv-11851, 2019 WL 1242372, at * 1 (E.D. Mich. March 18, 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The district court is not required to review, under a de novo or any other standard, those aspects of the report and recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc.*, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*, No. 3:18-cv-0010, 2018 WL 6322332, at *3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id.*

Nonetheless, the Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 50) is GRANTED.

This is the final order in this case. As it denies all relief, the Clerk SHALL enter judgment. *See* Fed. R. Civ. P. 58(b)(1)(C).

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE